1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California   93721
   Telephone:   (559) 497-4000
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,          )     MG.F. 04-MJ-2053 TAG
                                       )
11              Plaintiff,             )     ORDER ON GOVERNMENT'S MOTION
                                       )     TO DISMISS COMPLAINT AS TO
12       v.                            )     DEFENDANTS ALVAREZ, INIGUEZ,
                                       )     and DeLEON ONLY
13  STEVEN ALVAREZ,                    )
    FRANCISCO INIGUEZ, and             )
14  JESUS DeLEON,                      )
                                       )
15              Defendant.             )
                                       )
16  _____

17
         IT IS HEREBY ORDERED that the Complaint be dismissed as to
18
    defendants STEVEN ALVAREZ, FRANCISCO INIGUEZ, and JESUS DeLEON,
19
    only, without prejudice in the interest of justice.
20

21
    DATED: 4/13/2007
22
                                 UNITED STATES MAGISTRATE JUDGE
23

24

25

26

                                    1